IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.

ROCKY CREED KELLY,

  Defendant.

CRIMINAL CASE NO.

 2:20-CR-030-SCJ

## ORDER

This matter appears before the Court on the Final Report and Recommendation (Doc. No. [28]) issued by the Honorable J. Clay Fuller, United States Magistrate Judge to which no objection has been filed. After reviewing the R&R and no clear error having been found, the R&R (Doc. No. [28]) is received with approval and **ADOPTED** as the Order of this Court.

For the reasons stated in the R&R, Defendant's Motion to Suppress (Doc. No. [18]) is **DENIED**.

**IT IS SO ORDERED** this 12th day of April, 2021.

s/Steve C. Jones
**HONORABLE STEVE C. JONES**
**UNITED STATES DISTRICT JUDGE**